```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**NORTH AMERICAN PRECAST, INC. and**
**G & G BUILDERS, INC.,**

    **Plaintiffs,**

v.                             CIVIL ACTION NO. 3:04-1307

**GENERAL CASUALTY COMPANY OF WISCONSIN,**
a Wisconsin corporation

    **Defendant.**

## O R D E R

Pending are motions by plaintiffs North American Precast, Inc. and G&G Builders, Inc., (1) to exceed the page limit for their response to defendant' posttrial motions, filed October 16, 2008, and (2) for entry of a proposed judgment order, filed March 10, 2009.

The court ORDERS that the motion to exceed the page limit be, and it hereby is, granted.  It is further ORDERED that the motion for entry of a proposed judgment order be, and it hereby is, denied as moot in light of the memorandum opinion and order entered this same day.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: September 15, 2009

John T. Copenhaver, Jr.
United States District Judge